■ In the Matter of HUWE BURTON, Petitioner, v DOMENICK R. MASSARO, Respondent.—Application for a writ of mandamus unanimously granted, to permit bond and real estate collateral to satisfy bail previously fixed at $100,000, without costs and without disbursements, and the cross motion of the District Attorney is denied. No opinion. Concur—Kupferman, J. P., Carro, Asch, Wallach and Smith, JJ.

■ In the Matter of MURRAY WHITAKER, Admitted as MURRAY WIEDERKEHR, a Disbarred Attorney.—Motion to confirm the majority report of a Hearing Panel of the Departmental Disciplinary Committee for the First Judicial Department and reinstate petitioner as an attorney and counselor-at-law in the State of New York denied, and the order of this court entered herein on June 6, 1989 (151 AD2d 262) vacated. Concur—Murphy, P. J., Ross, Carro, Kassal and Smith, JJ.

■ In the Matter of RONALD F. HARNISCH, a Suspended Attorney.—Motion granted and Ronald F. Harnisch is reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. Concur—Ross, J. P., Carro, Asch, Kassal and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. COLIN A. MOORE, on Behalf of KHAREY WISE, Appellant, v MICHAEL PEPE et al., Respondents.—Judgment, Supreme Court, New York County (George F. Roberts, J.), entered on June 22, 1989, affirmed, without costs and without disbursements. Concur—Kupferman, J. P., Sullivan and Rosenberger, JJ.

Smith, J., dissents in part and would reduce the cash alternative and impose conditions. No opinion.